1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  CHRISTINE S. WATSON (CSBN 218006)
   Special Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436-6838
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,        )  No. CR 05-00262 WHA
                                    )
14         Plaintiff,                )  [PROPOSED] ORDER AND STIPULATION
                                    )  EXCLUDING TIME FROM MAY 24, 2005
15    v.                             )  TO JUNE 14, 2005 FROM THE SPEEDY
                                    )  TRIAL ACT CALCULATION
16 ADRIANA B. CRUZ,                 )  (18 U.S.C. § 3161(h)(8)(A))
                                    )
17         Defendant.                )
                                    )
18 _____

19     The parties appeared before the Court on May 24, 2005. With the agreement of the parties,

20 and with the consent of the defendant, the Court enters this order scheduling a status hearing date

21 of June 14, 2005, at 2:00 p.m., before the Honorable William H. Alsup, and documenting the

22 exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from May 24, 2005 to

23 June 14, 2005. The parties agreed, and the Court found and held, as follows:

24     1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant

25 the requested continuance would unreasonably deny both government and defense counsel

26 reasonable time necessary for effective preparation, taking into account the exercise of due

27 diligence, and would deny the defendant and the government continuity of counsel.

28     2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00262 WHA

the period from May 24, 2005 to June 14, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from May 24, 2005 to June 14, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a status hearing date of June 14, 2005, at 2:00 p.m., before the Honorable William H. Alsup.

IT IS SO STIPULATED.

DATED: 6/6/05

CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: 6/7/05

RONALD C. TYLER
Attorney for Adriana B. Cruz

IT IS SO ORDERED.

DATED: 6/7/05

HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ORDER
CR 05-00262 WHA                                 2