KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

CHRISTINE S. WATSON (CSBN 218006)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6838
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>        )<br>  v.  )<br>        )<br>ADRIANA B. CRUZ,  )<br>    Defendant.  )<br>_____) | No.  CR 05-00262 WHA<br><br>[~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 14, 2005 TO JULY 6, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161(h)(8)(A)) |

    The parties appeared before the Court on June 14, 2005.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling a status hearing date of July 6, 2005, at 2:00 p.m., before the Honorable William H. Alsup, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from June 14, 2005 to July 6, 2005.  The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding

STIPULATION AND ORDER
CR 05-00262 WHA

1 | the period from June 14, 2005 to July 6, 2005, outweigh the best interest of the public and the
2 | defendant in a speedy trial.  Id. § 3161(h)(8)(A).
3 |     3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
4 | June 14, 2005 to July 6, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. §
5 | 3161(h)(8)(A) & (B)(iv).
6 |     4. The Court scheduled a status hearing date of July 6, 2005, at 2:00 p.m., before the
7 | Honorable William H. Alsup.
8 |     IT IS SO STIPULATED.

DATED: _____

                                                   /S/
CHRISTINE S. WATSON
Special Assistant United States Attorney

DATED: _____

                                                   /S/
RONALD C. TYLER
Attorney for Adriana B. Cruz

    IT IS SO ORDERED.

DATED: July 8, 2005

HON. WILLIAM H. ALSUP
United States District Judge

STIPULATION AND ORDER
CR 05-00262 WHA                2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

**ORDER AND STIPULATION SETTING HEARING DATE AND EXCLUDING TIME FROM JUNE 14, 2005 TO JULY 6, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A))**

to be served this date on the party(ies) in this action,

        **Via Hand Delivery**

**RONALD TYLER**
**Assistant Federal Public Defender**
**450 Golden Gate Avenue, 19th Floor**
**San Francisco, CA 94102**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 7, 2005

_____
Ponly J. Tu
Legal Assistant (Immigration)
U.S. Attorney's Office

STIPULATION AND ORDER
CR 05-00262 WHA                                3