IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-0262 WHA |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND ORDER |
| ADRIANA CRUZ, ) | CONTINUING SENTENCING HEARING |
| Defendant. ) | |

STIPULATION

The parties agree to continue the sentencing in the above-captioned matter from November 15, 2005 until December 13, 2005 at 2:00 p.m.  The purpose of the continuance is to allow time to complete the presentence process.  United States Probation Officer Christina Carruba is available on the date requested for sentencing.

It is so stipulated.

DATED: October 12, 2005                    _____/S/_____
                                          RONALD TYLER
                                          Assistant Federal Public Defender
                                          Counsel for Adriana Cruz

DATED: October 12, 2005                    _____/S/_____
                                          MICHAEL WANG
                                          Assistant United States Attorney

IT IS SO ORDERED.

DATED:  October 13, 2005

                                          _____
                                          WILLIAM H. ALSUP
                                          UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING